UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JAN 22 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) No. | **4:15CR00033 HEA** |
| ) | |
| ROGER ALLEN KINNAMAN, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. From approximately June, 2013 until November, 2013, Roger Allen Kinnaman ("Kinnaman"), the defendant herein, resided in the Eastern District of Missouri at the residence of his father in Florissant, Missouri.

2. At all times relevant, Kinnaman's father, who shares the same name as Kinnaman, maintained a personal bank checking account and a personal bank savings account at Bank of America, which was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation.

3. At all times relevant, Kinnaman's father was the individual owner and account holder of both his personal bank checking account, account no. xxx8119, at Bank of America and personal savings account, account no. xxx4160, at Bank of America and was the sole authorized signatory on each account.

4. At no time was Kinnaman ever authorized to access funds, withdraw funds, or otherwise negotiate or execute transactions from his father's personal bank checking account or personal bank savings account at Bank of America.

5. From approximately June, 2013 until November, 2013, and thereafter, Kinnaman's father was in a coma or otherwise incapacitated as a result of a head injury sustained in an automobile accident.

6. At all times relevant up until November, 2013, Kinnaman's father's Social Security and pension payments were directly deposited into his personal bank checking account, account no. xxx8119, at Bank of America.

7. Beginning on or about June 11, 2013, and continuing until on or about November 4, 2013, in the Eastern District of Missouri and elsewhere,

## ROGER ALLEN KINNAMAN,

the defendant herein, did knowingly devise and execute a scheme and artifice to defraud and to obtain moneys, funds, credits and properties by means of materially false and fraudulent pretenses, representations, and promises, in that Kinnaman, using the circumstance of sharing his father's name and address and the occasion of his father's coma, withdrew funds from his father's checking and savings accounts at Bank of America by representing himself to the bank as the authorized owner and signatory on said accounts when, in fact, he was not.

8. From June, 2013 until November, 2013, as part of the scheme, Kinnaman executed multiple bank counter transactions at Bank of America branch locations in the Eastern District of Missouri and elsewhere in which he knowingly misrepresented himself to be the authorized owner and signatory of Bank of America checking account no. xxx8119 by presenting his Missouri driver's license and signing bank withdrawal slips as if he was, in fact, the owner and authorized signatory on the account and did so without the knowledge, permission, and

authority of the owner and authorized signatory of the bank account.

9. As part of the scheme, the defendant would make and time his unauthorized withdrawals such that the direct deposits of his father's Social Security payments and pension payments could be withdrawn from his father's bank account within days of said funds being deposited.

10. As part of the scheme, and as a result of the scheme, Kinnaman withdrew and obtained more than $18,000 from his father's bank accounts at Bank of America for his own personal use and to pay his own personal expenses.

11. On or about September 6, 2013, in the Eastern District of Missouri,

**ROGER ALLEN KINNAMAN**,

the defendant herein, did knowingly execute and attempt to execute the aforesaid scheme and artifice to defraud and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Bank of America, a financial institution, by means of false and fraudulent pretenses, representations, and promises, by negotiating a bank counter withdrawal at a branch of Bank of America located in the Eastern District of Missouri in the amount of $900.00 and drawn on an individual checking account at Bank of America, account no. xxx8119, titled in the name of "Roger Kinnaman," knowing the counter withdrawal was unauthorized and knowing that he was neither the account owner nor an authorized signatory on the account as represented.

In violation of Title 18, United States Code, Sections 1344 and 2.

## FORFEITURE ALLEGATION

The United States Attorney further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 982(a)(2), upon conviction of an offense in violation of Title 18, United States Code, Section 1344 as set forth in Count One, the

defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense.

    2.    Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

    3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

    Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_/s/ Charles S. Birmingham_
CHARLES S. BIRMINGHAM, #47134
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

4

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Charles S. Birmingham, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
CHARLES S. BIRMINGHAM, #47134MO

Subscribed and sworn to before me this 5th day of January, 2015.

_____
Gregory J. Linhares
CLERK, U.S. DISTRICT COURT

By: _____
Nicole Rode
DEPUTY CLERK